# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, William R. Bay, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Ronald I. Raether, Jr., an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Defendant, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

Signature of Movant/Attorney

26977
**MO Bar Number**

December 12, 2018
**Date**

Thompson Coburn LLP
**Address**

(314) 552-6008
**Phone**

One US Bank Plaza, Suite 2700

St. Louis, MO 63101-1686

### Affidavit of Proposed Admittee

I, Ronald I. Raether, Jr., certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of California, Ohio and Minnesota and the United States District Court(s) of see attached. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
5:18-cv-06169

**Case Title(s)**
Camille Barksdale v. RealPage, Inc.

**Date:** December 12, 2018

**Signature:**

**State Bar of Residence & Bar Number:**
California 303118

**Address:** 5 Park Plaza, Suite 1400

Irvine, CA 92614

**Phone:** (949) 622-2700

**Email:** ron.raether@troutman.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

# Attachment to Application for Admission of Attorney Pro Hac Vice - Ronald I. Raether, Jr.

| Court | Date | Registration No. |
|---|---|---|
| Supreme Court of Ohio | 5/12/97 | 0067731 |
| Supreme Court of California | 5/22/15 | 303118 |
| Supreme Court of Minnesota | 1/17/97 | 0272577 |
| United States Supreme Court | 1/9/12 | |
| U.S. Court of Appeals for the Second Circuit | 9/11/12 | |
| U.S. Court of Appeals for the Fourth Circuit | 9/27/07 | |
| U.S. Court of Appeals for the Fifth Circuit | 11/24/08 | |
| U.S. Court of Appeals for the Sixth Circuit | 11/3/04 | |
| U.S. Court of Appeals for the Seventh Circuit | 6/23/10 | |
| U.S. Court of Appeals for the Eighth Circuit | 3/7/11 | |
| U.S. Court of Appeals for the Ninth Circuit | 2/25/11 | |
| U.S. Court of Appeals for the Tenth Circuit | 8/25/04 | |
| U.S. Court of Appeals for the Eleventh Circuit | 9/29/04 | |
| U.S. District Court for the Central District of California | 06/01/15 | |
| U.S. District Court for the Northern District of California | 06/02/15 | |
| U.S. District Court for the Southern District of California | 06/01/15 | |
| U.S. District Court for the District of Colorado | 8/14/14 | |
| U.S. District Court for the Eastern District of Michigan | 2/14/14 | |
| U.S. District Court for the Middle District of North Carolina | 2/8/12 | |
| U.S. District Court for the Southern District of Ohio | 5/12/97 | |
| U.S. District Court for the Northern District of Ohio | 12/11/09 | |
| U.S. District Court for the Eastern District of Wisconsin | 11/3/08 | |
| U.S. District Court for the Western District of Wisconsin | 7/14/15 | |

Rev. 01/29/2016

27152396v1